ACCEPTED
01-15-00424-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/4/2015 3:39:29 PM
CHRISTOPHER PRINE
CLERK

NO. 01-15-00424-CV

IN THE COURT OF APPEALS
FOR THE FIRST JUDICIAL DISTRICT OF TEXAS
AT HOUSTON

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/4/2015 3:39:29 PM
CHRISTOPHER A. PRINE
Clerk

SYRIAN-AMERICAN OIL CORPORATION, S.A.,

Appellant,

vs.

PECTEN ORIENT COMPANY f/k/a PECTEN ASH SHAM f/k/a PECTEN
SYRIA PETROLEUM COMPANY,

Appellee.

ON APPEAL FROM THE
190TH JUDICIAL DISTRICT COURT OF HARRIS COUNTY, TEXAS
CAUSE NO. 2007-67830

## AGREED MOTION TO ADOPT BRIEFING SCHEDULE

Pursuant to Texas Rule of Appellate Procedure 10.1, Appellant/Cross-Appellee Syrian-American Oil Corporation, S.A. (SAMOCO) and Appellee/Cross-Appellant Pecten Orient Company f/k/a Pecten Ash Sham f/k/a Pecten Syria Petroleum Company (Pecten) request the Court to approve an agreed briefing schedule in this civil appeal and cross-appeal.

The Texas Rules of Appellate Procedure do not provide a separate briefing schedule for cases involving a cross-appeal. Rather, under Rule 38.6, each party who files a notice of appeal must file an appellant's brief. TEX. R. APP. P.

38.6. Each party who responds to the brief would then file a response brief as an appellee. *Id.* And each appellant may then file a reply to the appellee's response brief. *Id.* This parallel briefing scheme results in a total of six briefs.

In an effort to reduce the number of briefs to be filed in this case, the parties have agreed upon and propose the following briefing schedule and word count limits, subject to the exclusions outlined in Texas Rule of Appellate Procedure 9.4(i)(1):

a.    SAMOCO's appellant's brief shall be due no later than 30 days after the date the reporter's record is filed with the Court and shall contain no more than 15,000 words.

b.    Pecten's appellee/cross-appellant's brief shall be due no later than 30 days after the date SAMOCO's appellant's brief is filed and shall contain no more than 22,000 words.

c.    SAMOCO's appellant's reply/cross-appellee's brief shall be due no later than 30 days after the date Pecten's appellee/cross-appellant's brief is filed and shall contain no more than 12,000 words.

d.    Pecten's cross-appellant's reply brief shall be due 20 days after the date SAMOCO's reply/cross-appellee's brief is filed and shall contain no more than 5,000 words.

The proposed word count limits comply with Texas Rule of Appellate Procedure 9.4(i)(2)(B)'s mandate that in civil appeals, "the aggregate of all briefs filed by a party must not exceed 27,000 words if computer-generated." The proposed timing of the various briefs is also consistent with Texas Rule of Appellate Procedure 38.6 governing the time to file appellant's, appellee's, and reply briefs, subject to possible extensions upon further motion by a party.

The parties ask the Court to adopt this agreed briefing schedule and word count limits for purposes of efficiency and to reduce the number of briefs that the Court must review in this case. The parties have agreed to this schedule in advance of the filing of a complete reporter's record in this case and thus before the time to file appellants' briefs has begun to run. By this agreed motion, the parties do not intend to waive the right to file motions for extension of time under Texas Rule of Appellate Procedure 38.6(d), under appropriate circumstances.

For all of these reasons, the parties respectfully request that the Court grant this motion and adopt the agreed briefing schedule set forth above.

Respectfully submitted,

BAKER BOTTS L.L.P.


By: /s/ Macey Reasoner Stokes
    Macey Reasoner Stokes
    State Bar No. 00788253
    One Shell Plaza
    910 Louisiana
    Houston, Texas 77002
    713.229.1369
    713.229.7869 (Facsimile)
    macey.stokes@bakerbotts.com


    Lauren Tanner Bradley
    State Bar No. 24066177
    Ashley Carr
    State Bar No. 24082619
    BAKER BOTTS L.L.P.
    98 San Jacinto Blvd., Suite 1500
    Austin, Texas 78701
    512.322.2500
    512.322.2501 (Facsimile)
    lauren.bradley@bakerbotts.com
    ashley.carr@bakerbotts.com

ATTORNEYS FOR APPELLEE/CROSS-APPELLANT PECTEN ORIENT COMPANY F/K/A PECTEN ASH SHAM F/K/A PECTEN SYRIA PETROLEUM COMPANY

SHIPLEY SNELL MONTGOMERY LLP


By: /s/ Amy Douthitt Maddux
   Amy Douthitt Maddux
   Texas Bar No. 00796483
   712 Main Street, Suite 1400
   Houston, Texas 77002-3201
   (713) 490-3827
   (713) 652-3057 (fax)
   amaddux@shipleysnell.com

ATTORNEYS FOR APPELLANT/CROSS-APPELLEE SYRIAN-AMERICAN OIL CORPORATION, S.A.

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of this Agreed Motion to Adopt Briefing Schedule was served on all counsel of record as indicated below on the 4th day of November, 2015.

*Counsel for Appellant Syrian-American Oil Corporation, S.A.*:

John W. Stevenson Jr.
William Robert Hand
Stevenson & Murray
24 Greenway Plaza, Suite 750
Houston, Texas 77046
(*by electronic mail*)

Amy Maddux
Shipley Snell Montgomery LLP
712 Main Street, Suite 1400
Houston, Texas 77002-3201
(*by electronic mail*)

Robert Godlewski
Law Offices of Robert S. Godlewski
3950 Braxton Drive, Suite 100
Houston, Texas 77063
(*by electronic mail*)

D. Craig Olivier
Olivier & Mundy, L.L.P.
1414 West Clay
Houston, Texas 77019
(*by electronic mail*)

/s/ Macey Reasoner Stokes
Macey Reasoner Stokes